```
                  IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


SCOTT N. JOHNSON,              )
                               )    2:06-cv-0983-GEB-PAN
          Plaintiff,           )
                               )
     v.                        )    ORDER RE:  SETTLEMENT
                               )    AND DISPOSITION
C.P. HOWE & ARDEN, LLC, ET AL.,)
                               )
          Defendants.          )
                               )
```

On August 9, 2006, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than August 29, 2006. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/////
/////
/////
/////
/////

1

1  The status conference scheduled for August 28, 2006, is
2  reset for hearing on October 23, 2006, in the event that no
3  dispositional document is filed, or if this action is not otherwise
4  dismissed. Further, a joint status report shall be filed fourteen
5  days prior to the status conference.[1]
6  IT IS SO ORDERED.
7  Dated:   August 10, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2